# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JEREMY BARNARD on behalf of himself and all other persons similarly situated, known and unknown )<br><br>*Plaintiff,*<br><br>v.<br><br>PRECOAT METALS CORPORATION;<br><br>*Defendant.* | )<br>)<br>)   Case No. 3:23CV01237<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the Complaint against Defendant, without prejudice. Defendant has neither filed an Answer to the Complaint nor a motion for summary judgment in response to Plaintiff's claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated:  April 18, 2023                              Respectfully submitted,

                                                         */s/ Douglas M. Werman*

| | |
|---|---|
| Douglas M. Werman - IL Bar No.- 6204740<br>dwerman@flsalaw.com<br>Michael M. Tresnowski – IL Bar No. - 6324767<br>mtresnowski@flsalaw.com<br>**WERMAN SALAS P.C.**<br>77 W. Washington St., Ste 1402<br>Chicago, IL 60602<br>T: (312) 419-1008 | Josh G. Konecky<br>(jkonecky@schneiderwallace.com)<br>Nathan B. Piller<br>(npiller@schneiderwallace.com) *<br>Philippe M. J. Gaudard<br>(pgaudard@schneiderwallace.com) *<br>**SCHNEIDER WALLACE COTTRELL KONECKY LLP**<br>200 Powell St., Ste 1400<br>Emeryville, CA 94608<br>T: (415) 421-7100 |

*Attorneys for Plaintiff*