## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY BARNARD,<br>*Plaintiff,*<br><br>v.<br><br>PRECOAT METALS CORPORATION,<br>*Defendant.* | Civil Number: **23-cv-1237-RJD** |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 9, 2023, this case is DISMISSED without prejudice. Each party to bear their own costs.

**DATED:  May 9, 2023**

MONICA A. STUMP
CLERK OF COURT

By: *s/ Jamie Melson*
Deputy Clerk

**APPROVED:**

*s/ Reona J. Daly*
HON. REONA J. DALY
UNITED STATES MAGISTRATE JUDGE